UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERICAN SENTINEL INSURANCE COMPANY § § § **Plaintiff,** § § v. § § **GETIT-N-GO TRANSPORTATION, LLC, AND TURKISA HARRIS-SHAW, GUARDIAN AND NEXT FRIEND OF A MINOR CHILD** § § § § § § **Defendants.** § | Civil Action No. 4:21-cv-00191 |

**PLAINTIFF AMERICAN SENTINEL INSURANCE COMPANY'S
<u>CERTIFICATE OF INTERESTED PERSONS</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order (ECF No. 4), Plaintiff American Sentinel Insurance Company provides the Court with the following identification of interested parties:

1. American Sentinel Insurance Company
   4507 North Front Street, Suite 200
   Harrisburg, Pennsylvania 17110
   *Plaintiff*

2. Stephen A. Melendi
   Matthew Rigney
   Tollefson Bradley Mitchell & Melendi, LLP
   2811 McKinney Avenue, Suite 250
   Dallas, Texas 75204
   Telephone: 214-665-0100
   Facsimile: 214-665-0199
   *Counsel for Plaintiff*

Dated: February 22, 2021

        Respectfully submitted,

        */s/ Stephen A. Melendi*
        Stephen A. Melendi
        Texas Bar No. 24041468
        Southern Bar No: 38607
        stephenm@tbmmlaw.com
        Matthew Rigney
        Texas Bar No. 24068636
        Southern Bar No: 2870042
        mattr@tbmmlaw.com
        Tollefson Bradley Mitchell & Melendi, LLP
        2811 McKinney Avenue, Suite 250
        Dallas, Texas 75204
        Telephone:   214-665-0100
        Facsimile:    214-665-0199
        **ATTORNEYS FOR PLAINTIFF AMERICAN SENTINEL INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notification to all counsel of record.

        */s/ Stephen A. Melendi*
        Stephen A. Melendi