Case 4:21-cv-00191   Document 40   Filed on 05/27/22 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
May 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **AMERICAN SENTINEL INSURANCE COMPANY** § § § **Plaintiff,** § § **v.** § **Civil Action No. 4:21-cv-00191** § **GETIT-N-GO TRANSPORTATION, LLC,** § **TURKISA HARRIS-SHAW,** § **GUARDIAN AND NEXT FRIEND OF** § **A MINOR CHILD,** § **AND PRAYGENE SIMSPON** § § **Defendants.** § | |

### ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST TURKISA HARRIS-SHAW, <u>GUARDIAN AND NEXT FRIEND OF A MINOR CHILD</u>

On this day came on for consideration Plaintiff American Sentinel Insurance Company's ("American Sentinel") Amended Motion for Default Judgment Against Defendant Turkisa Harris-Shaw, Guardian and Next Friend of A Minor Child ("Harris-Shaw"), pursuant to Fed. R. Civ. P. 55(b). Having considered the Motion, the Court finds that is well taken, and should be **GRANTED.**

**WHEREAS,** Plaintiff filed its First Amended Complaint against Defendant Harris-Shaw on October 29, 2021, seeking a declaration that American Sentinel has no duty to indemnify against any claims asserted by or on behalf of the Decedent and his heirs and/or beneficiaries in connection with the claim submitted to American Sentinel on the insurance policy issued to Decedent's employer.

**WHEREAS**, the Defendant was executed and returned a Rule 4 Waiver of Service Form, which was filed with the Court on November 12, 2021 (Docket No. 27), but the Defendant has failed to appear or file an answer within the 60 days allowed by law.

**WHEREAS**, American Sentinel requested a Clerk's Entry of Default against Harris-Shaw on March 9, 2022, which was entered against Defendant on April 19, 2022.

**WHEREAS**, by virtue of its default, Harris-Shaw has judicially admitted to the following:

1) American Sentinel issued a commercial package policy, number FCT003349-01, effective February 22, 2020 to February 22, 2021, which included a Motor Carrier Coverage Form.

2) Following a fatal accident involving a vehicle driven by the Decedent, Justin Robertson, GetIt-N-Go Transportation, LLC, notified American Sentinel of the accident, to which it assigned an insurance claim number.

3) Decedent was an employee and/or statutory employee of GetIt-N-Go Transportation, LLC, at the time of the accident.

4) The policy excludes coverage for bodily injury to an employee of the insured arising out of and in the course of employment by the insured or performing the duties related to the conduct of the insured's business.

5) The policy excludes coverage for workers' compensation benefits sought in connection with the insurance claim because Decedent was an employee of GetIt-N-Go Transportation, LLC.

6) The policy excludes coverage for all damages sought in connection with the insurance claim because Decedent was an employee of GetIt-N-Go Transportation, LLC.

7) The MCS-90 Endorsement does not provide coverage for any claim arising out of the death of Justin Robertson while engaged in the course of employment.

8) American Sentinel has no duty to defend or indemnify against any claims asserted by or on behalf of the Decedent and his heirs and/or beneficiaries in connection with the claim submitted to American Sentinel on the insurance policy issued to Decedent's employer.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Amended Motion for Default Judgment against Harris-Shaw be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that American Sentinel commercial policy, number FCT003349-01, effective February 22, 2020 to February 22, 2021, which included a Motor Carrier Coverage Form, issued to GetIt-N-Go Transportation, LLC, for the aforementioned policy periods, provides no coverage for Defendant Turkisa Harris-Shaw, Guardian and Next Friend of A Minor Child, as it relates to any pending or future claims asserted by or on behalf of the Decedent and his heirs and/or beneficiaries arising out of the automobile accident involving Decedent that occurred on or about October 20, 2020, and that American Sentinel owes no judgment rendered to Turkisa Harris-Shaw, Guardian and Next Friend of A Minor Child, in connection to any pending or future claims asserted by or on behalf of the Decedent and his heirs and/or beneficiaries.

SO ORDERED this 27th day of May, 2022.


PRESIDING JUDGE