UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERICAN SENTINEL INSURANCE COMPANY §§§§§ | |
| Plaintiff, §§ | |
| v. § | Civil Action No. 4:21-cv-00191 |
| GETIT-N-GO TRANSPORTATION, LLC, TURKISA HARRIS-SHAW, GUARDIAN AND NEXT FRIEND OF A MINOR CHILD, AND PRAYGENE SIMSPON §§§§§§§ | |
| Defendants. § | |

### FIRST AMENDED ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST GETIT-N-GO TRANSPORTATION, LLC

On this day came on for consideration Plaintiff American Sentinel Insurance Company's ("American Sentinel") Amended Motion for Default Judgment Against Defendant GetIt-N-Go Transportation, LLC, pursuant to Fed. R. Civ. P. 55(b). Having considered the Motion, the Court finds that is well taken, and should be **GRANTED.**

**WHEREAS,** Plaintiff filed its First Amended Complaint against Defendant GetIt-N-Go Transportation, LLC, on October 29, 2021, seeking a declaration that American Sentinel has no duty to indemnify against any claims asserted by or on behalf of the Decedent and his heirs and/or beneficiaries in connection with the claim submitted to American Sentinel on the insurance policy issued to Decedent's employer.

**WHEREAS**, the Defendant was served with the citation on November 12, 2021, but the Defendant has failed to appear or file an answer within the 21 days allowed by law.

**WHEREAS**, American Sentinel requested a Clerk's Entry of Default against GetIt-N-Go Transportation, LLC, on January 7, 2022, which was entered against Defendant on January 18, 2022.

**WHEREAS**, by virtue of its default, GetIt-N-Go Transportation, LLC, has judicially admitted to the following:

1) American Sentinel issued a commercial package policy, number FCT003349-01, effective February 22, 2020 to February 22, 2021, which included a Motor Carrier Coverage Form.

2) Following a fatal accident involving a vehicle driven by the Decedent, Justin Robertson, GetIt-N-Go Transportation, LLC, notified American Sentinel of the accident, to which it assigned an insurance claim number.

3) Decedent was an employee and/or statutory employee of GetIt-N-Go Transportation, LLC, at the time of the accident.

4) The policy excludes coverage for bodily injury to an employee of the insured arising out of and in the course of employment by the insured or performing the duties related to the conduct of the insured's business.

5) The policy excludes coverage for workers' compensation benefits sought in connection with the insurance claim because Decedent was an employee of GetIt-N-Go Transportation, LLC.

6) The policy excludes coverage for all damages sought in connection with the insurance claim because Decedent was an employee of GetIt-N-Go Transportation, LLC.

7) The MCS-90 Endorsement does not provide coverage for any claim arising out of the death of Justin Robertson while engaged in the course of employment.

8) American Sentinel has no duty to defend or indemnify against any claims asserted by or on behalf of the Decedent and his heirs and/or beneficiaries in connection with the claim submitted to American Sentinel on the insurance policy issued to Decedent's employer.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Amended Motion for Default Judgment against GetIt-N-Go Transportation, LLC, be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that American Sentinel commercial policy, number FCT003349-01, effective February 22, 2020 to February 22, 2021, which included a Motor Carrier Coverage Form, issued to GetIt-N-Go Transportation, LLC, for the aforementioned policy periods, provides no coverage for Defendant GetIt-N-Go Transportation, LLC as it relates to any pending or future claims asserted by or on behalf of the Decedent and his heirs and/or beneficiaries arising out of the automobile accident involving Decedent that occurred on or about October 20, 2020, that American Sentinel owes no duty to defend or indemnify GetIt-N-Go Transportation, LLC against any pending or future claims asserted by or on behalf of the Decedent and his heirs and/or beneficiaries, including the lawsuit styled *Praygene Simpson, Parent of Justin Deon Robertson (deceased) v. Curtis Malone and Getit N Go Transportation LLC and American Intermodal Management*, cause no. 2021-55672, currently pending in the 129th Judicial District Court of Harris Couty, Texas, and that American Sentinel owes no judgment rendered against GetIt-N-Go Transportation, LLC in connection to any pending or future claims asserted by or on behalf of the Decedent and his heirs and/or beneficiaries.

SO ORDERED this 27th day of May, 2022.

_____
PRESIDING JUDGE