Case 4:21-cv-00191   Document 68   Filed on 11/08/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN SENTINEL INSURANCE COMPANY<br><br>*Plaintiff,*<br><br>v.<br><br>GETIT-N-GO TRANSPORTATION, LLC, TURKISA HARRIS-SHAW, GUARDIAN AND NEXT FRIEND OF A MINOR CHILD, PRAYGENE SIMPSONAND LASONIA ROBERTSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JUSTIN DEON ROBERTSON AND THE STATUTORY HEIRS OF PLAINTIFFS, AND FLEXI-VAN LEASING, LLC<br><br>*Defendants* | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00191 |

**AGREED JUDGMENT**

On this day came on for consideration the Joint Motion for Entry of an Agreed Judgment of Plaintiff American Sentinel Insurance Company ("ASIC"), and Defendants Praygene Simpson ("Simpson") and Lasonia Robertson, Individually and On Behalf of The Estate of Justin Deon Robertson and the Statutory Heirs of Plaintiffs ("Robertson"). Having reviewed the Motion and the record, the Court finds that the Motion is well taken and should be granted.

ASIC, Simpson and Robertson agree that ASIC issued the following policy to Defendant Getit-N-Go Transportation, LLC:

- Policy number FCT003349-01, with effective dates from February 22, 2020 to February 22, 2021.

ASIC, Simpson and Robertson further agree that the above-referenced policy does not provide any coverage for any judgment that may be rendered in the lawsuit styled *Praygene Simpson and Lasonia Robertson, Individually and on Behalf of the Estate of Justin Deon Robertson and the Statutory Heirs, v. Curtis Malone, Getit N Go Transportation LLC and American Intermodal Management, LLC, John Doe as Unknown Company/Corporation,* cause no. 2021-55672, currently pending in the 129th Judicial District Court of Harris Couty, Texas ("Underlying Lawsuit"). Therefore, ASIC has no duty to indemnify Getit-N-Go Transportation, LLC and/or American Intermodal Management, LLC for any of the amounts awarded in that judgment or for any of the claims raised in the Underlying Lawsuit or any similar lawsuit, or for any related claims arising out of the facts made the basis of the Underlying Lawsuit, including but not limited to any and all claims made by Praygene Simpson or Lasonia Robertson, Individually and On Behalf of The Estate of Justin Deon Robertson and the Statutory Heirs of Plaintiffs.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Plaintiff ASIC's and Defendants Simpson and Robertson's Joint Motion for Entry of Agreed Judgment is **GRANTED**, with each party to bear its own costs.

So ORDERED and SIGNED this 2nd day of November, 2023.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE

*/s/ Grant P. Martin*
Stephen A. Melendi, Attorney-In-Charge
Texas Bar No. 24041468
Southern District Bar No. 38607
stephenm@tbmmlaw.com
Matthew Rigney
Texas Bar No. 24068636
Southern District Bar No. 2870042
MattR@tbmmlaw.com
Grant P. Martin
Texas Bar No. 24102145
Southern District Bar No. 3688133
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone:     214-665-0100
Facsimile:     214-665-0199
**ATTORNEYS FOR PLAINTIFF**
**AMERICAN SENTINEL INSURANCE COMPANY**

and

*/s/ André A. Wheeler*
André A. Wheeler
Texas Bar No. 24042341
Federal Bar No. 610759
Andrewheeler_esq@yahoo.com
WHEELER LAW FIRM
P.O. Box 682705
Houston, Texas 77268
Telephone:     713-660-9619
Facsimile:     281-715-4627
**ATTORNEYS FOR DEFENDANTS LASONIA ROBERTSON**
**AND PRAYGENE SIMPSON**